**Order entered January 28, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01330-CV

## IN THE INTEREST OF J.A.H & J.A.H, Children

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-13133-R**

## ORDER

The clerk's record in this case is overdue. By opinion dated November 7, 2014, we affirmed the trial court's order sustaining the District Clerk's contest to appellant's affidavit of indigence. Thereafter, the Court denied appellant's motion for reconsideration en banc and motion for rehearing on January 6, 2015 and January 22, 2015, respectively. To date, the clerk's record has not been filed and we have not received any correspondence from the Dallas County District Clerk's office regarding the status of the clerk's record.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record or written verification that appellant has not paid for or made arrangements to pay for the record within **TEN DAYS** of the date of this order. *We notify appellant that if we receive verification she has not paid or made arrangements to pay for the clerk's record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk, and to all parties.


/s/     ELIZABETH LANG-MIERS
JUSTICE